## MARSH *v.* EDWARDS and Others.

APPEAL from the *Marshall* Circuit Court.

*Per Curiam.* — Section 52, 2 R. S. 1852, p. 38, reads as follows:

"No judgment shall ever be reversed for any error committed in sustaining or overruling a demurrer for misjoinder of causes of action."

This case falls under this section.

The judgment is affirmed with costs.

*C. H. Reeve,* for the appellant.

*A. G. Deavitt,* for the appellees.